JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paola Scherer,<br><br>    Plaintiff,<br><br>v.<br><br>Socorros Restaurant, Inc.,<br><br>    Defendants. | Case No. 2:20-cv-11357-VAP-PVCx<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order awarding Summary Judgment in favor of Defendant Socorros Restaurant, Inc., IT IS ORDERED AND ADJUDGED that the action, *Paola Scherer v. Socorros Restaurant, Inc.,* 2:20-cv-11357-VAP-PVCx, is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   11/29/21

                                            Virginia A. Phillips
                                  United States District Judge